E-FILED
Friday, 21 February, 2020  04:46:31 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

GREGORY  JOHNSON )
)
Plaintiff )
)
vs. )
)
JB Pritzker, Teri Kennedy, )
Emily Ruskin, Rob Jeffreys, )
CHIEF Roberts, STATES Attorney, )
Randy Yednack, Dist 6, STATE )
Police, HEATHER N. Cox, SHARON )
A. SIMPSON, SUSAN M. PIERCE, )
MALLORIE A. KENNEDY, KARL A. )
WEBBER, DOUGLAS M. LEHMAN, )
DONALD R. DOOLIN, Dave White, )
J. Spark, Lt. John doe     Defendant(s) )

Case No. _____
*(The case number will be assigned by the clerk)*

SCANNED at PCC and e-mailed
2-20-20 (date) by AD (initials)
26 (# of pages)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

---

## COMPLAINT

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

## I. FEDERAL JURISDICTION

CENTRAL

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

~~Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or~~ other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: GREGORY ALLEN JOHNSON JR

Prison Identification Number: #R-63695

Current address: 700 WEST Lincoln street, P.O. Box 99

Pontiac, ILLINOIS 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: JB Pritzker

Current Job Title: Governor of Illinois

Current Work Address 207 STATEHOUSE

SPRINGFIELD ILLINOIS, 62706

Defendant #2:

Full Name: Dist. 6 STATE Police

Current Job Title: Livingston County STATE Police

Current Work Address 800 Old Airport Rd

Pontiac, IL 61764

Defendant #3:

Full Name: RANDY YEDNACK

Current Job Title: Livingston County State's Attorney

2

Current Work Address 112 W. Madison Pontiac IL

61764

Defendant #4:

Full Name: TERI KENNEDY

Current Job Title: #1 WARDON

Current Work Address 700 West Lincoln Street, P.O. Box 99

Pontiac, IL 61764

Defendant #5:

Full Name: EMILY RUSKIN

Current Job Title: #3 WARDON

Current Work Address 700 West Lincoln Street, P.O. Box 99

Pontiac, IL 61764

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?           Yes ☐           No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑           No ☐

C. If your answer to B is yes, how many? ___1___ Describe the lawsuit(s) below.

3

6: ROB JEFFREYS
   ACTING DIRECTOR
   1301 Concordia Ct. P.O. Box 19277
   Springfield IL 62794-9277

7: ROBERTS
   CHIEF
1301 Concordia Ct. P.O. Box 19277
Springfield IL 62794-9277

8: DAVE WHITE
Administrative Review Board Grievance Officer
1301 Concordia Ct. P.O. Box 19277
Springfield Il 62794-9277

9: HEATHER N. COX
Pontiac Grievance Officer
700 West. Lincoln Street, P.O. Box 99
Pontiac, IL 61764

10: SHARON A. SIMPSON
Pontiac Grievance Officer
700 West Lincoln Street, P.O. Box 99
Pontiac, IL 61764

11: SUSAN M. PIERCE
    Pontiac Office Coordinator
    700 West Lincoln Street, P.O. Box 99
Pontiac Il 61764

2: MALLORIE A. KENNEDY
Pontiac Office Associate
700 West. Lincoln Street, P.O. Box 99
Pontiac, IL 61764

3: KARL A. WEBBER
Pontiac #1 Counselor
700 West. Lincoln Street, P.O. Box 99
Pontiac, IL 61764

4: DOUGLAS M. LEHMAN
        Pontiac #1 Counselor
700 West. Lincoln Street, P.O. Box 99
Pontiac, IL 61764

15: DONALD R. DOOLIN
Pontiac #2 Counselor
700 West Lincoln Street, P.O. Box 99
Pontiac, IL 61764

16: J. Spark #12524
Pontiac Correctional Officer
700 West Lincoln Street, P.O. Box 99
Pontiac IL 61764

17: JOHN DOE
LIEUTENANT of I.A.

1. Name of Case, Court and Docket Number   JOHNSON V. MILLSAPP

2. Basic claim made   Excessive force /failer to protect

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?)   dismissed

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes  ☑   No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes  ☑   No  ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes  ☐   No  ☑

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence   Pontiac Correctional Center Cell West 522

4

Sml

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Disciplinary Report**

Date: 1-2-20

082895

**Type of Report:**
☐ Disciplinary  ☐ Investigative

Facility: Pontiac C.C. WCH — WCH 522

Offender Name: Johnson, Gregory   ID #: R63695

Observation Date: 1-2-20   Approximate Time: 5:10 ☐ a.m. ☒ p.m.   Location: WCH cell W522

**Offense(s): DR 504:** 102b Assault

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approximate time this I/o was collecting dinner trays on S gallery of WCH. I/m Johnson, Gregory R63695 presently cell W522 refused to return his plastic dinner tray and refused to let this I/o close the food hatch on the cell door of W522. Then I/m Johnson, Gregory R63695 spit in this I/o face 5 times striking this I/o in the face and eyes. Yet WCH Sgt and Lt. notified of this incident. I O I/m Johnson Gregory R63695 identified by gallery chart and state issued ID card. EOR

**Witness(es):**
☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |
|---|---|---|---|---|
| J. Sparks | 12124 | J. Sparks | 1-2-20 | 6:20 ☐ a.m. ☒ p.m. |

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement  ☐ Investigative Status   Reasons: ___

| Printed Name and Badge # | Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer) | Date |
|---|---|---|

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: ___

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

| Print Reviewing Officer's Name and Badge # | Reviewing Officer's Signature | Date |
|---|---|---|
| T. Plumlee 789 | | 1/2/20 |

☐ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

| Print Hearing Investigator's Name and Badge # | Hearing Investigator's Signature | Date |
|---|---|---|
| E. Rivera 12645 | E. Rivera | 1/3/20 |

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign

| Offender's Signature | ID# |
|---|---|
| | |

| Serving Employee (Print Name) | Badge # |
|---|---|
| Heggs | 10N |

Date Served: 1-7-20   Time Served: 7:15 ☐ a.m. ☒ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

| Offender's Signature | ID# |
|---|---|

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

| Date of Disciplinary Report | Print offender's name | ID# |
|---|---|---|

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date: W221

**Print Name of witness:** I/m Richardson
Witness badge or ID#: that the assault was on (if applicable) me in self defence
Assigned Cell (if applicable): W222
Title (if applicable): ___
Witness can testify to: ___

**Print Name of witness:** I/m drummond
Witness badge or ID#: that the assault was on (if applicable) me in self defense
Assigned Cell (if applicable): W221
Title (if applicable): ___
Witness can testify to: ___

Distribution: Master File, Offender, Facility (2)
Same as above two witnesses

Page ___ of ___   Printed on Recycled Paper   DOC 0317 (Rev. 2/2007)

JAN 27 2020 ADMINISTRATIVE REVIEW BOARD

JAN 23 2020 Pontiac Grievance Off

JAN 16 2020 Pontiac Grievance Off

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Johnson        Gregory         R63695

Last Name       First Name       MI     ID#

**Facility:** Pontiac

☐ Grievance: Facility Grievance # (if applicable) _____ Dated: 1/2/2020 ____ or ☐ Correspondence: Dated: _____

Received: 1/27/2020 ____ Regarding: DR: Wants 201200007/1 - PON expunged
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

_____

Completed by: Dave White         *Dave White*         2/3/2020
Print Name         Signature         Date

M0071/1

WCH 522
01/13/20
B+

082895

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: January 2, 2020 | Offender: (Please Print) GREGORY A. JOHNSON | ID#: R-63695 |
|---|---|---|

| Present Facility: Pontiac Correctional Center Facility | Facility where grievance issue occurred: Pontiac Correctional Center Facility |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

[x] Disciplinary Report: 02 / 02 / 2020      Pontiac Correctional Center Facility
     Date of Report              Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On the above date and approximately the time of 5.20 p.m. in west house on five gallery, Correctional Officer Sparks was at my cell 522 picking up my dinner tray when I ask him, what is going on with my group? He told me that I was not on the list and thats when I took the food chuck. Correctional Officer Sparks than took his keys and started stabbing my finger with the keys to try to make me let go of the food chuck so I start yelling for help and tower 20 did not do anything to help me. so I started spiting in his face to get him to stop. End of report.

Relief Requested: As a result of the incident which occurred on January 2, 2020 in west house cell 522 where Correctional Officer Sparks who was assigned to WCH five gallery I am request-

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

_[signature]_                    R63695          01 / 02 / 2020
Offender's Signature                ID#              Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

Print Counselor's Name              Counselor's Signature _____   Date of Response

**EMERGENCY REVIEW**

JAN 27 2020

ADMINISTRATIVE
REVIEW BOARD

| Date Received: 1 / 17 / 2020 Received JAN 23 2020 Pontiac Grievance Off | Is this determined to be of an emergency nature? JAN 16 2020 Pontiac Grievance Off | [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_Emily [signature]_   Chief Administrative Officer's Signature      1 / 17 / 2020   Date

Distribution: Master File; Offender          Page 1 of 3          DOC 0046 (8/2012)

ing that Correctional Officer Sparks who was assigned to WCH five gallery on the aforementioned date be referred to the employee Review hearing board Pursuant administrative Directive 03.01.120

For violation of the U.C.O.D.C.O.T., failure to report an unusual incident, falsifying an official document and use of excessive force on January 2, 2020

This is in Violation of Illinois Department 03.02.108, Standards of conduct; I.D.01.12.105 Reporting of unusual incident; D.R. Title 20, Part 120, Rules of Conduct; And part 501 resort to force. & sparks is also in violation of the unified code of Corrections Ch 38.33-3 official misconduct. section 33-3 Official misconduct. when in his official Capacity A public officer or employee commits misconduct when he commits any of the following acts: Section (d) knowingly performs an act which he knows is forbidden by Law to perform. A public officer or employee convicted of violating any provision of this section forfeits his office or employment. In addition, he commits a class 3 felony.

Grievant request a formal investigation into the aforementioned employee. sparks criminal misconduct administrative directive 01.12.101 pursuant to title 20: Internal Investigation Part Part.112 Sec.112.35

112.35 Investigated of Incident

A) All unusual incident, Suspected violations of criminal law or serious violations of departmental rules "SHALL" be investigated as determined necessary by the director or his designee.

Section 112.50 Referral for Prosecution

where reasonable grounds exist to suspect that an individual has committed a violation of criminal Law, it "SHALL" be reported to the stats attorney of the county in which the incident occurred or to the appropriate prosecuting official

As a factical premise in support of Claims, assertions and Contentions, Grievant Johnson #B63695 Submits that a prima facie of evidence in the form of a zone check of the camra pointed at five gallery back end on the 3-11 shift on January 2, 2020 at approximarely 5:20 P.M. pursuant to administrative Directive 05.01.104 use and control of camra and camra related equipment

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

082895

| Date: January 2 2020 | Offender: (Please Print) GREGORY A. JOHNSON | ID#: B63695 |
|---|---|---|

Present Facility: Pontiac Correctional Center Facility  Facility where grievance issue occurred: Pontiac Correction Center Facility

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☑ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify):

☐ Disciplinary Report: ____ / ____ / ____
　　　　　　　　　　　Date of Report　　　　　　　　　　Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　Chief Administrative Officer, only if EMERGENCY grievance.
　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
　administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
　Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I am requesting 29 days he be OFF without Pay, and pending termination, 30th days Denial of pension, I want $250,000⁰⁰ because he violated my U.S. and Illinois constitution, and also puna damage's $500,000 because I have told I.A., Both warden, Mental Health, Crisis team, counselors, and Lt, Sgt, Majors also filed a grievance about me not feeling safe down here because what happen to me back in 2013 down here where I was assulted by Millsapp and asked to be transfer I also want to press charges See Exhibit (A) of the

Relief Requested: Copy of the grievance I filed on not feeling safe down here and ask for a Emergency transfer and why

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature _____  B63695  01/02/2020
　　　　　　　　　　　　　　　　　ID#　　　　Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date Received: ____ / ____ / ____  ☐ Send directly to Grievance Officer  ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____  Counselor's Signature _____  Date of Response ____ / ____ / ____

| **EMERGENCY REVIEW** | JAN 2 7 2020 |
|---|---|

ADMINISTRATIVE
Date Received: 1 / 7 / 2020  Is this determined to be of an emergency nature?  ☐ Yes; expedite emergency grievance
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAN 16 2020　　☑ No; an emergency is not substantiated.
**Received**　　　　　　　　　　　　　　　　　　　　　　　　　　Offender should submit this grievance in the normal manner.

JAN 23 2020  _____  **Pontiac Grievance Off**  1 / 7 / 2020
　　　　　　　Chief Administrative Officer's Signature　　　　　　　Date

Pontiac Grievance Off
Distribution: Master File, Offender

DOC 0046 (8/2012)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

082895

| Date: 8-27-2019 | Offender: (Please Print) GREGORY A. JOHNSON | ID#: R63695 |
|---|---|---|
| Present Facility: Pontiac CC | Facility where grievance issue occurred: Pontiac CC | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☑ Other (specify)   Emergency Transfer

☐ Disciplinary Report: _____ / _____
           Date of Report        Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

     Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     Chief Administrative Officer, only if EMERGENCY grievance.
     Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from
     another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I Inmate Johnson told I.A. on more then one account and they are refusing that I feel unsafe down here because what happen in February of 2013 where i was badly assualt by Lt. Millsappe and eight other officer stuld by and didn't do any thing to stop it. i told them to get me from down here and they are refusing to do any thing about it.

Relief Requested: I am demanding an Emergency Transfer to Illinois River Seg program since y'all won't let me go back to menrd

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Gregory Johnson_      R63695      8 / 27 / 2019
   Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

Exhibit A (A)

| **Counselor's Response (if applicable)** |
|---|

Date Received: _____ / _____ / _____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

Print Counselor's Name        Counselor's Signature        Date of Response

| **EMERGENCY REVIEW** |
|---|

JAN 27 2020

Date Received: 1 / 17 / 2020    Is this determined to be of an emergency nature?
Received JAN 23 2020    Received JAN 16 2020

☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_Emily_    Pontiac Grievance Off    1 / 17 / 2020
Pontiac Grievance Off    Chief Administrative Officer's Signature    Date

ADMINISTRATIVE

Distribution: Master File; Offender        Page 1        DOC 0046 (1/2016)
Printed on Recycled Paper

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** JOHNSON, GREGORY A    **IDOC Number:** R63695    **Race:** BLK

**Hearing Date/Time:** 1/16/2020  12:27 PM    **Living Unit:** PON-W-05-22    **Orientation Status:** N/A

**Incident Number:** 202000071/1 - PON    **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 1/2/2020 | 202000071/1-PON | SPARKS, JORDAN O | WEST HOUSE | 05:10 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 102b | Assault | Guilty |
| | Comments: spit on co's face | |

| Witness Type | Witness ID | Witness Name | Witness Status | |
|--------------|-----------|--------------|----------------|--|
| Inmate | IDOC#: B51265 | GRAY, DELMAR | Witness Was Called | Requested By Inmate |

Statement: PHYSICAL BARRIER PREVENTS KNOWLEDGE OF INCIDENT.

_____
Witness Interviewer Signature

I attest to the statements as being a correct reflection of the statements provided to me by witnesses.

| Witness Type | Witness ID | Witness Name | Witness Status | |
|--------------|-----------|--------------|----------------|--|
| Inmate | IDOC#: R32977 | DRUMMOND, JURRELL | Witness Was Called | Requested By Inmate |

Statement: PHYSICAL BARRIER PREVENTS KNOWLEDGE OF INCIDENT.

_____
Witness Interviewer Signature

I attest to the statements as being a correct reflection of the statements provided to me by witnesses.

| Witness Type | Witness ID | Witness Name | Witness Status | |
|--------------|-----------|--------------|----------------|--|
| Inmate | IDOC#: S02172 | RICHARDSON, CORTEZ | Witness Was Called | Requested By Inmate |

Statement: PHYSICAL BARRIER PREVENTS KNOWLEDGE OF INCIDNET.

_____
Witness Interviewer Signature

I attest to the statements as being a correct reflection of the statements provided to me by witnesses.

## RECORD OF PROCEEDINGS
Report read. Offender Johnson pleads not guilty. Johnson states it was self-defense. I told CO Sparks to stop assaulting me. I did that to get him to stop assaulting me. I committed that in self-defense. You admitted a double punishment to me by the spit mask and cuffs on investigation is ongoing currently. Judgement should not be final until investigation is complete.

Six written documentations were received by the committee with comments for six different Offenders stating they all witnessed an Officer stabbing the Offender with was appeared to be keys, so the Offender spit in the Officer's face to make him stop.

## BASIS FOR DECISION
Based on the observation of the reporting employee, Officer Sparks was picking tray up in West Cell House. Offender Johnson, housed in WCH 522, refused to return the dinner tray and secure the food hatch. Johnson then spit on Sparks five times striking him in the face and eyes.

Offender Johnson was positively identified by gallery chart and state issued id.

Doc0434 is attached to substantiate the incident.

The committee is satisfied the violation occurred as reported.

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** JOHNSON, GREGORY A        **IDOC Number:** R63695        **Race:** BLK

**Hearing Date/Time:** 1/16/2020  12:27 PM        **Living Unit:** PON-W-05-22        **Orientation Status:** N/A

**Incident Number:** 202000071/1 - PON        **Status:** Final

### DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 3 Months C Grade | 3 Months C Grade |
| 45 Days  Segregation | 45 Days   Segregation |
| Other : SMI | Other : SMI |
| 3 Months Commissary Restriction | 3 Months Commissary Restriction |
| 3 Months Audio/Visual Restriction | 3 Months Audio/Visual Restriction |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

**Basis for Discipline:** NATURE OF OFFENSE

### Signatures
#### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| BANTISTA, TRAVIS D  - Chair Person | | 01/16/20 | HSP |
| MADRIGAL, JESUS A | | 01/16/20 | HSP |

Recommended Action Approved

### Final Comments: N/A

---

EMILY J RUSKIN / EJR  1/24/2020        01/24/20

**Chief Administrative Officer**        Signature        Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**        When Served -- Date and Time        01/29/2020 1pm via mail

Housing Unit W 522    Bnd # low

Assigned Grievance Arbitration

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec.                                                           2nd Lvl rec

| Date: 2-12-2020 | Offender (please print): GREGORY ALLEN JOHNSON JR | ID #: B63695 | Race (optional): Moorish |
|---|---|---|---|

| Present Facility: Pontiac Correctional Center Facility | Facility where grievance issue occurred: Pontiac Correctional Center Facility |
|---|---|

**Nature of grievance:**

☐ Personal Property          ☐ Mail Handling          ☐ Medical Treatment          ☐ ADA Disability Accommodation

☑ Staff Conduct          ☐ Dietary          ☐ HIPAA          ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility          ☑ Other (specify): Rehearing /Falsifying official document

☑ Disciplinary Report    1/2/2020    Pontiac Correctional Center Facility
                          Date of report                              Facility where Issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I Just received my final Summary on it Correctional officer Jesus A. Madrigal who was taking my statement. did not write down my whole statement of what i said he only took out of my statement what he feel he should put down also on this ticket i had three witness each gave a statement to Correctional officer Hearing investigator Miss Rivera spoke with all three witness and each gave there own account of what happen January 2, 2020 chair person Travis D. Bantista falsified official
                                                                                                    ☑ Continued on reverse

**Relief Requested:**

I want a new hearing and for both Travis D. Bantista and Jesus A. MADRIGAL to be taking off the Adjustment committee for failure to follow the DR 504 Administration of discipline. Adjustment committe Procedures

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

☑ Check if this is NOT an emergency grievance.

_(signature)_  Offender's Signature          R 63695          2/12/2020
                                              ID#                Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received _____          ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____          _____          _____
Print Counselor's Name                    Sign Counselor's Name                    Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received _____

is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____          _____          _____
Chief Administrative Officer's Signature          Date

Assigned Grievance #/Institution:

Housing Unit: 8V 522  Bed # lau

1st Lvl rec:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

document when he stated that all three witness statement was
PHYSICAL BARRIER PREVENTS KNOWLEDGE OF INCIDNET and thats
not what they said then on top of all that he put his signature
on it as the witness interviewer signature. when it was
Miss Rivera who interviewed my witness not Travis D.
Bantista also according to the DR 504 it states: The Basis for
Decision must include at least two complete rationales, Including
at least one for each charge for which the offender is being found
guilty

STATE OF ILLINOIS       )
                        )
COUNTY OF Livingston    )

## AFFIDAVIT

I _Edward Taylor # M30456_ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

On the Fur some Date of January 2, 2020 on or above the time of 5:20 pM, I in west house at cell 522 I Edward Taylor # M30456 Heard Gregory A. Johnson R63695 yelling for help saying help help he assulting me. am Johnson spit on C/O Sparks to get him to stop stabbing him with the Keys

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _2_ day of _January_ 2020 201_

_Edward taylor M30456_

**Affiant**

STATE OF ILLINOIS          )
                           ) SS
COUNTY OF ~~Randolph~~ Livingston   )

## AFFIDAVIT

I, Robert Bishop _____ being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a ~~witness, I am competent to testify thereto:~~ ~~That on January 2, 2020~~

At Appoximately 5:25 PM While Residing in the west cellhouse maximum security control segregation unit cell 519 At Pontiac correctional center. I heard inmate Johnson R-63655 screaming, Help, Help, he is assaulting me.

I looked through the back of my door down to cell 522 inmate Johnson's cell And I observed correctional officer J. Sparks #12524 Who was Assigned to the WCH 3 And 4 gallery on the 3-11 shift stabbing inmate Johnson's hand with the big cell door keys. After the incident I Learned that inmate Johnson had to spit on % Sparks in order to make him stop hitting his hand with the cell door keys.

Subscribed and sworn to before me on the 2 day of January , 2020.

_____N/A_____
NOTARY PUBLIC

Respectfully submitted,

Robert Bishop

Pursuant to 28 USC 1746, 18 USC 1621 OR 735 ILCS 5/1-109. I declare, under penalty of perjury that Everything contained herein is true And accurate to the best of my knowledge And belief. I do declare And Affirm that the matter At hand is not taken either frivolously or maliciously And that I believe the foregoing matter is taken in good faith.

STATE OF ILLINOIS )
)SS
COUNTY OF Livingston )

## AFFIDAVIT

I, Cortez Richardson _____ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

On the above Date of January 2, 2020 I Cortez Richardson that feated saw Correctional Officer Sparks Through Tower 2a window stabbing Inmate Johnson in 522 in his hand and his fingers with Keys trying to make Johnson let Go of the Food truck Johnson started yelling for help because Correctional officer Sparks Would not stop Assaulting Inmate Johnson in 522 that's when Johnson started spiting in CO. sparks face to get him to stop Assaulting him. This happen at the time 5:20 PM or around that time, in the west ceil house on Five Gallery Ceil 522.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __2__ day of __January__ __2020__

_____
Affiant

Mar 28,2012   0:31 PM

STATE OF ILLINOIS    )
                     )  ss
COUNTY OF Livingston )

## AFFIDAVIT

I, Jerrell Drummond, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

On the date of January 2, 2020 I, Jerrell Drummond #K39977 Saw Correctional Officer Sparks through Tower #20 Stabbing Inmate in West House 522 in his hand, on his fingers with keys trying to make him let go of the Food Chuck. Inmate started yelling for help because Correctional officer Sparks would not stop so Inmate in West House 522 Started spitting in his face to get him to stop. This happen at the time 5:20 pm or around that time in West House on five gallery cell 522

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 1 day of ____ 2, 2020.

Jerrell D_____ #K39977
Affiant

STATE OF ILLINOIS )
Livingston
COUNTY OF ~~Logan~~ )

## AFFIDAVIT

I __Jamal B. Johnson__ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

On the date of JANUARY 2, 2020 I Jamal B. Johnson #M50117 SAW Officer Sparks through tower 20's window stabbing inmate Johnson R63695 in 522 cell, in his hand and fingers with what appeared to be keys trying to force inmate Johnson R63695 let go of his food chuck. Johnson R63695 began yelling for ~~assistance~~ help because Officer Sparks would not stop hitting him, so he spit in the Officer's face to make him stop. Approx. time this took place was 5:20 pm in Westhouse on five gallery.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __2__ day of __JANUARY__ 2020

__Jamal B. Johnson__
                                          **Affiant**

STATE OF ILLINOIS )
) SS
COUNTY OF _Livingston_ )

## AFFIDAVIT

I, _DELMAR GRAY_ being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: ~~AN ASSVAUL BY A OFFICER~~

ON THE DATE OF JANUARY 2, 2020 I DELMAR GRAY #R-51265 SAW CORRECTIONAL OFFICER SPARKS, THROUGH TOWER 20 STABBING INMATE IN 522 IN HIS HAND, ON HIS FINGERS WITH KEYS TRYING TO MAKE HIM LET GO OF FOOD CHUCK. INMATE STARTED YELLING FOR HELP BECAUSE CORRECTIONAL OFFICER SPARKS, WOULD NOT STOP SO INMATE IN 522 STARTED SPITING IN HIS FACE TO GET HIM TO STOP. THIS HAPPEN AT THE TIME 5:20 PM OR AROUND THAT TIME, IN WEST HOUSE ON FIVE GALLERY CELL 522.

Subscribed and sworn to
before me on the _2_ day
of _January_ , _2020_.

_N/A_
NOTARY PUBLIC

Respectfully submitted,

_Delmar Gray_

Pursuant to 28 USC 1746) 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Date(s) of the occurrence JANUARY 2, 2020

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Claim(1). Voilation of Amendment 8 Cruel and unsual punishment inflicted; Excessive force:
Correctional Officer J. Spark #12524 assaulted me with Keys.

claim(2). Voilation of Amendment 5 DELIBERATE INDIFFERENCE:
Correctional Officer J. Spark #12524 failed to stop assaulting me. when i asked him to stop

claim(3). Voilation of Amendment 14 due process:
Correctional Officer J. Spark #12524 failed to follow procedure.

claim(4). Voilation of Amendment 14 Equal protection of the Law; failer to protect:
JB Pritzker, Dist. 6 livingston State Police, RANDY YEDNACK, TERI KENNEDY, EMILY RUSKIN, ROB JEFFREYS, ROBERTS, DAVE WHITE, HEATHER N. Cox, SHARON A. SIMPSON, SUSAN M. PIERCE, MALLORIE A. KENNEDY, KARL A. WEBBER, DOUGLAS M. LEHMAN, DONALD R. DOOLIN, John doe, I have spoke and writen defendants and told them that i want to press charges and all has Refuse me to press charges.

5

Claim(5). Voilation of Amendment 14 due process:
I told JB PRITZKER, D.O.S.T. 6 Livingston County State
police, RANDY YEDNACK, TERI KENNEDY, EMILY RUSKIN, ROB
JEFFREYS, ROBERTS, DAVE WHITE, HEATHER N. Cox, SHARON
A. SIMPSON, SUSAN M. PIERCE, MALLORIE A. KENNEDY,
KARL A. WEBBER, DOUGLAS M. LEHMAN, DONALD R. DOO
IN, JOHN DOE about a crime that was committed
and all refuse to do anything about it.

6

**RELIEF REQUESTED**

(State what relief you want from the court.)

I want to press charges and monetary recovery, and everyone

7

involved in this case terminate from their jobs also what
ever the court deem just

JURY DEMAND          Yes ☑          No ☐

Signed this _____ 19 day of FEBRUARY _____ , 20 20 .

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| GREGORY   JOHNSON | R-63695 |
| Address: | Telephone Number: |
| 700 West Lincoln Street P.O.Box 99 Pontiac IL 61764 | |

8