**VERDICT FORM**

<u>Johnson v. Sparks</u>, 20-cv-1072



FILED
FEB 14 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

1. **We, the jury, find as follows on Plaintiff's claim that Defendant used constitutionally excessive force against him:**

   *(Place an "X" on the appropriate line for each claim.)*

   For Plaintiff            **OR**            For Defendant
   _____                              ___X_____

   *(If you found for Plaintiff, fill in below the amount of compensatory damages you award. If you found against Plaintiff, skip parts 2 and 3 because you will not award damages.)*

2. **Having found for Plaintiff, we fix Plaintiff's total compensatory damages as $_____.**

   *(If you found for Plaintiff, in addition to any compensatory damages awarded above, you may, but are not required to, award punitive damages against Defendant.)*

3. **Having found for Plaintiff, we fix Plaintiff's punitive damages against Defendant, if any, as follows:  $_____**

31

**We, the jury, having reached a unanimous agreement on Plaintiff's claims, sign below.**

Date: 2/14/2024

s/Presiding Juror

Presiding Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror